**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | Andrew Connor Gue |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse If filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | District of Maryland |
| Case number (If known) | 16-13420 |

❑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ❑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Brandon Suess<br>Name<br>530 Kinsale Rd<br>Number        Street<br>Timonium        MD        21093<br>City        State        ZIP Code | Month-to-month rent |
| **2.2** AT&T Mobility<br>Name<br>P.O. Box 536216<br>Number        Street<br>Atlanta        GA        30353<br>City        State        ZIP Code | Cell phone |
| **2.3**<br>Name<br><br>Number        Street<br><br>City        State        ZIP Code | |
| **2.4**<br>Name<br><br>Number        Street<br><br>City        State        ZIP Code | |
| **2.5**<br>Name<br><br>Number        Street<br><br>City        State        ZIP Code | |

Official Form 106G                  Schedule G: Executory Contracts and Unexpired Leases                  page 1 of ___

Debtor 1 ___Andrew Connor Gue_____    Case number (*if known*)__16-13420_____
            First Name    Middle Name         Last Name

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

2.2

_____
Name
_____
Number        Street
_____
City                          State    ZIP Code

2._

_____
Name
_____
Number        Street
_____
City                          State    ZIP Code

2._

_____
Name
_____
Number        Street
_____
City                          State    ZIP Code

2._

_____
Name
_____
Number        Street
_____
City                          State    ZIP Code

2._

_____
Name
_____
Number        Street
_____
City                          State    ZIP Code

2._

_____
Name
_____
Number        Street
_____
City                          State    ZIP Code

2._

_____
Name
_____
Number        Street
_____
City                          State    ZIP Code

2._

_____
Name
_____
Number        Street
_____
City                          State    ZIP Code

Official Form 106G                Schedule G: Executory Contracts and Unexpired Leases                page ___ of ___