**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In Re:  Andrew Connor Gue       |   Case Number: 6-13420

                                         |

                                         |   Chapter: 7

          Debtor(s)         |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 30th day of March, 2016 a copy of

Debtor's Amended Voluntary Petition for Bankruptcy; Schedule E/F; Schedule G; and Schedule H was mailed via first class mail to the following parties of interest:

Marc Baer, Trustee
Waldman Grossfeld Appel & Baer
455 Main St
Reisterstown, MD 21136

                          <u>/s/Nicholas E. Kosmas, Esq</u>
                          Nicholas E. Kosmas /Bar# 19450
                          The Law Offices of Nicholas E. Kosmas, LLC
                          722 Dulaney Valley Rd #312
                          Towson, MD 21204
                          410-935-1800
                          nek@kosmaslaw.com