United States Bankruptcy Court
District of Maryland

In re:                                                           Case No. 16-13420-RAG
Andrew Conner Gue                                                Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1          User: admin           Page 1 of 1          Date Rcvd: Jun 13, 2016
                             Form ID: 318           Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2016.
```
db              +Andrew Conner Gue,    530 Kinsale Rd,   Timonium, MD 21093-7402
29613590         Alere Toxicology Services,   51 Sawyer Rd Suite 200,   Waltham, MA 02453-3448
29613592         American Anesthesiology of Maryland, PC,   PO Box 277279,   Atlanta, GA 30384-7279
29613594        +Baltimore City Fire Department,   401 E. Fayette Street,   Baltimore, MD 21202-3452
29613597         Charles Emergency Physicians, PA,   6702 N. Charles St.,   Towson, MD 21204
29613603        +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
                  Baltimore, MD 21201-2305
29613598        +Discover Bank,   PO Box 30416,   Salt Lake City, UT 84130-0416
29613599        +Greater Baltimore Medical Center,   100 West Rd,   Towson, MD 21204-2356
29613600        +Mercy Health Services,   345 St. Paul Place,   Baltimore, MD 21202-2123
29613585        +Mount Saint Marys,   16300 Old Emmitsburg Rd,   Emmitsburg, MD 21727-7797
29613589         Navient Solutions, Inc.,   P.O. Box 9500,   Wilkes-Barre, PA 18773-9500
29613586        +Ortho Maryland,   1312 Bellona Ave Suite 302,   Lutherville, MD 21093-5436
29613587        +Schwartz & Hyatt, DDS,   10 Warren Rd #330,   Cockeysville, MD 21030-2535
29613601        +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
                  Baltimore, MD 21201-2225
29613602         Supervisor of Delin. Accts.,   Rm. 1 Municipal Building,   Holliday & Lexington Streets,
                  Baltimore, MD 21202
29613588         Wells Fargo,   P.O. Box 51193,   Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: BMHBAER.COM Jun 13 2016 19:53:00    Marc H. Baer,   455 Main Street,
                  Reisterstown, MD 21136-1930
29613591        +EDI: AMEREXPR.COM Jun 13 2016 19:53:00    American Express,   PO Box 650448,
                  Dallas, TX 75265-0448
29613593         EDI: BANKAMER.COM Jun 13 2016 19:53:00    Bank of America,   PO Box 982234,
                  El Paso, TX 79998-2234
29613595         EDI: CAPITALONE.COM Jun 13 2016 19:53:00    Capital One,   PO Box 30285,   Salt Lake City, UT,
                  84130-0285
29613596        +EDI: CHASE.COM Jun 13 2016 19:53:00    Chase Bank USA,   PO Box 15298,
                  Wilmington, DE 19850-5298
                                                                                        TOTAL: 5


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
29613623*       +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
                  Baltimore, MD 21201-2305
29613621*       +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
                  Baltimore, MD 21201-2225
29613622*        Supervisor of Delin. Accts.,   Rm. 1 Municipal Building,   Holliday & Lexington Streets,
                  Baltimore, MD 21202
                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2016 at the address(es) listed below:
```
              Marc H. Baer    mbaer@waldmangrossfeld.com,  md09@ecfcbis.com
              NickNicholas E Kosmas    Nek@kosmaslaw.com
                                                                    TOTAL: 2
```

Entered: June 13, 2016
Signed: June 13, 2016

**SO ORDERED**



_____
**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Andrew Conner Gue** | Social Security number or ITIN   **xxx–xx–3227** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Maryland**

Case number:   **16–13420 RAG      Chapter:  7**

---

## Order of Discharge
                                                                                    **12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew Conner Gue
aka Connor Gue

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2