Entered: June 16, 2016
Signed:  June 16, 2016

**SO ORDERED**



**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   16–13420 – RAG      Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew Conner Gue
aka Connor Gue
530 Kinsale Rd
Timonium, MD 21093

Social Security No.:   xxx–xx–3227

Employer's Tax I.D. No.:

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 3/16/16.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Marc H. Baer is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *admin*